JUDGE HOLWELL

08 CIV 6624

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

STEVEN SOTO, by his mother and natural
guardian, Altagracia Mejia,

                    Plaintiff,

- against -

THE CITY OF NEW YORK, DANIEL SCHWARZ,
FABIO NUNEZ and JOHN DOE 1-5, the names
being fictitious and presently unknown,
employees of the City of New York,

                    Defendants.

**SUMMONS IN A CIVIL CASE**

To: THE CITY OF NEW YORK, 100 Church Street, New York, New York 10007;
DANIEL SCHWARZ, FABIO NUNEZ, New York Police Department, 34th Precinct, 4295 Broadway, New York, New York 10033
"JOHN DOE" 1-5

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

MATTHEW FLAMM, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 25 2008

J. MICHAEL McMAHON
_____           _____
CLERK                              DATE

_____
DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: July 29, 2008 |
| NAME OF SERVER (PRINT): Jessica Acosta | TITLE: Legal Assistant |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: NYC Law Dept, 100 Church Street, NY, NY 10007

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $4.00 | $25.00 | $29.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 28, 2008
Date

Signature of Server: Jessica Acosta

Address of Server: 26 Court St., 690, Bklyn, NY 11242

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.