UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

STEVEN SOTO, by his mother and natural
guardian, Altagracia Mejia,

                                                                    CERTIFICATE OF SERVICE
                          Plaintiff,                                08 CV 6624 (RJH)(DFE)

          - against -

THE CITY OF NEW YORK, DANIEL
SCHWARZ, FABIO NUNEZ and JOHN DOE 1-
5, the names being fictitious and presently
unknown, employees of the City of New York,

                          Defendants.

--------------------------------------------------------------------x

STATE OF NEW YORK        )
                         : SS.  :
COUNTY OF KINGS          )

       JESSICA ACOSTA declares the following under penalty of perjury pursuant
to 28 U.S.C. §1746:

       That on July 25, 2008, I served the COMPLAINT upon Michael Cardozo,
Corporation Counsel OF THE City of New York and attorney for defendant City of
New York, at 100 Church Street, New York, New York, that being the address
within the State theretofore designated for that purpose, by personally delivering a
copy thereto to a person authorized to accept service on defendant City's behalf.

                                        _____
                                        Jessica Acosta