UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x

STEVEN SOTO, by his mother and natural guardian, Altagracia Mejia,

                Plaintiff,

-against-

THE CITY OF NEW YORK, DANIEL SCHWARZ, FABIO NUNEZ and JOHN DOE 1-5, the names being fictitious and presently unknown, employees of the City of New York,

                Defendants.

--------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 Civ. 6624 (RJH)

       **PLEASE TAKE NOTICE** that **Elizabeth M. Daitz**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated:  New York, New York
         August 5, 2008

                MICHAEL A. CARDOZO
                Corporation Counsel
                of the City of New York
                Attorney for Defendant City of New York
                100 Church Street, Room 3-218
                New York, New York 10007
                (212) 788-0775

                By:        /s/_____
                        Elizabeth M. Daitz
                        Assistant Corporation Counsel
                        Special Federal Litigation Division

cc:     Matthew Flamm, Esq (via ECF)

Index No. 08 Civ. 6624 (RJH)

| UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK |

STEVEN SOTO, by his mother and natural guardian, Altagracia Mejia,

                             Plaintiff,

-against-

THE CITY OF NEW YORK, DANIEL SCHWARZ, FABIO NUNEZ and JOHN DOE 1-5, the names being fictitious and presently unknown, employees of the City of New York,

                             Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*

*100 Church Street*
*New York, N.Y.  10007*
*Of Counsel: Elizabeth M. Daitz*

*Tel:  (212) 788-0775*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ...................................................,2008*

*...........................................................................Esq.*

*Attorney for City of New York*