```
Form 02 - SUITABLE AGE           AETNA  CENTRAL  JUDICIAL  SERVICES
         MATTHEW FLAMM ESQ
         ATTN:
U.S. DISTRICT SOUTHERN COURT         NEW YORK   COUNTY
------------------------------------------------
                                              Index No. 08CV6624(RJH DFE
STEVEN SOTO, BY HIS MOTHER AND         plaintiff
NATURAL GUARDIAN, ALTAGRACIA MEJIA.            Date Filed ............
            - against -
                                              Office No.
THE CITY OF NEW YORK, ETAL            defendant
                                              Court Date:    / /
------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:
JULIUS THOMPSON     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
15th day of August, 2008   09:45 AM             at
     %34 PRECINCT, 4295 BROADWAY
     NEW YORK, NY 10033 (FRONT DESK)
I served the   SUMMONS AND COMPLAINT
upon FABIO NUNEZ
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     SGT. "JOHN" EILER JR. CO-WORKER WHO REFUSED FIRST NAME
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE     COLOR: WHITE     HAIR: BLK/BALD  AGE: 45   HEIGHT: 5:8    WEIGHT: 150
OTHER IDENTIFYING FEATURES:
On 08/18/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
18th  day of August,          2008i
                                              ............................
SAMSON NEWMAN                                 JULIUS THOMPSON   822528
Notary Public, State of New York              AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01NE-4783767                            225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY                  NEW YORK, NY, 10007
Commission Expires 11/03/2009                 Reference No: 3MF4144179
```