Form 02 - SUITABLE AGE                    AETNA CENTRAL JUDICIAL SERVICES

**MATTHEW FLAMM ESQ**
**ATTN:**
U.S. DISTRICT SOUTHERN COURT      NEW YORK COUNTY
-----------------------------------------------------

STEVEN SOTO, BY HIS MOTHER AND              plaintiff
NATURAL GUARDIAN, ALTAGRACIA MEJIA.
              - against -

THE CITY OF NEW YORK, ETAL                  defendant

Index No. **08CV6624(RJH** DFE

Date Filed .............

Office No.

Court Date:    /   /

-----------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
**JULIUS THOMPSON**     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
**15th** day of **August, 2008   09:45 AM**           at
   **%34TH PRECINCT, 4295 BROADWAY,**
   **NEW YORK, NY 10033 FRONT DESK**
I served the  **SUMMONS AND COMPLAINT**
upon **DANIEL SCHWARZ**
**the DEFENDANT** therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
   **SGT. "JOHN" EILER JR.---CO-WORKER WHO REFUSED FIRST NAME**
a person of suitable age and discretion.
   Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **MALE**    COLOR: **WHITE**    HAIR: **BLK/BALD**   AGE: **45**   HEIGHT: **5:8**   WEIGHT: **150**
OTHER IDENTIFYING FEATURES:
On **08/18/2008** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
18th day of August,      2008i                  .......................
                                                JULIUS THOMPSON  822528
SAMSON NEWMAN                                   AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York                225 BROADWAY, SUITE 1802
   No.01NE-4783767                              NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                    Reference No: 3MF4144178
Commission Expires 11/03/2009